**Order entered August 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01445-CV

### MONTGOMERY J. BENNETT, Appellant

### V.

### MATTHEW ZUCKER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-17721**

## ORDER

Before the Court is appellant's August 7, 2020 opposed motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 14, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE